IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona Members of Swarm of November 15, 2010 to January 2, 2011, Sharing Hash File  AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; and Does 1 through 27,<br><br>Defendants. | No. CV-11-00892-PHX-NVW<br><br>**ORDER** |

Before the Court is a motion to quash filed by Doe Defendant 21 (Doc. 10). Plaintiff has responded (Doc. 18) and Doe Defendant 21 has not replied.

Doe Defendant 21 asserts contradictory reasons for wanting to prevent Qwest from releasing his/her identifying information. Doe Defendant 21 "feels this is an infringement regarding their own personal matters" and also "did not occupy the residence on the date indicated in the subpoena" because he/she "has used this home (location) as a rental for the last year." (Doc. 10.)  It is difficult to understand why release of Doe Defendant 21's identifying information infringes on his/her "own personal matters" when he/she is only the landlord. In any event, the Court is not aware of any body of privacy law that would protect Doe Defendant 21 in these circumstances. Plaintiff's subpoena seeks nothing more than information personally identifying the Qwest subscriber to whom IP address 65.101.51.191 was assigned at the time of the

allegedly unlawful distribution of a copyrighted motion picture. Plaintiff has a right to pursue its copyright claim and it cannot do so without investigating the persons potentially responsible for infringement.

IT IS THEREFORE ORDERED that Doe Defendant 21's motion to quash (Doc. 10) is DENIED.

IT IS FURTHER ORDERED that Qwest Communications shall respond to Plaintiff's subpoena with respect to Doe Defendant 21 on or before August 12, 2011.

Dated this 27th day of July, 2011.

Neil V. Wake
United States District Judge