IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona Members of Swarm of November 15, 2010 to January 2, 2011, Sharing Hash File  AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; and Does 1 through 27,<br><br>Defendants. | No. CV-11-00892-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiff's Ex-Parte Motion For Order Granting Additional Discovery Under Rule 30 FRCP (Doc. 28). Having reviewed all of Plaintiff's filings with respect to this motion and having considered the facts therein, the Court will grant Plaintiff's motion.

Plaintiff is in the process of identifying Doe Defendants who duplicated and distributed unauthorized copies of its copyrighted motion picture "Down on the Farm". Plaintiff has obtained the names addresses of IP subscribers and has attempted ascertain the identities of all defendants in the above captioned matter.  However, it appears that

there are additional defendants whose identifying information is being withheld from Plaintiff.

IT IS THEREFORE ORDERED that Plaintiff's Ex-Parte Motion For Order Granting Additional Discovery Under Rule 30 FRCP (Doc. 28) is granted to the extent that Plaintiff may take the deposition of Doe Defendants 21, 24, 26, and 27 for the sole and limited purpose of determining the identities of additional Doe Defendants.

Dated this 16th day of November, 2011.

_____
Neil V. Wake
United States District Judge