HUTCHENS LAW OFFICES, PLLC
Beth A. Hutchens (Arizona Bar No. 26837)
1212 E. Osborn Ste. 104
Phoenix, Arizona, 85014
480.310.2325 (phone)
888.891.1408 (fax)
beth@hutchenslawoffices.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona Members of Swarm of November 15, 2010 to January 2, 2011, Sharing Hash File AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; and DOES 1 through 27,<br><br>Defendants. | Case No 2:11-cv-00892-NVW<br><br>(Copyright)_____<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Liberty Media Holdings ("Plaintiff") by and through counsel undersigned, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above captioned matter with prejudice.

1

Plaintiffs reserve the right to seek any cognizable relief for claims that may arise subsequent to the filing of this dismissal.

Dated this 27 day of March, 2012.

*/s/ Beth A. Hutchens*

Beth Hutchens
Hutchens Law Offices, PLLC
1212 E. Osborn Ste. 104
Phoenix, Arizona, 85014
480.310.2325 (phone)
888.891.1408 (fax)
beth@hutchenslawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27 day of March, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Arizona, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Beth A. Hutchens*
Beth Hutchens